# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY KERR, : | |
|     Plaintiff, : | |
| v. : | CIV. NO. 10-1084 |
| : | |
| CHRISTIAN CARE HEALTH SYSTEM, : | |
|     Defendant. : | |

## ORDER

**AND NOW**, this 19th day of March, 2010, upon consideration of the Plaintiff's "Request for Appointment of Attorney" *(Doc. No. 4)*, it is hereby **ORDERED** that Plaintiff's Request is **GRANTED**. The Clerk of Court is **DIRECTED** to seek counsel for Plaintiff from the appropriate panel.

        **IT IS SO ORDERED.**

        */s/ Paul S. Diamond*

        **_____**
        **Paul S. Diamond, J.**